**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Fulton Mercer Corporation |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | dba Jones Florist <br> dba Heritage Funeral Homes <br> dba Heritage Flower Shop <br> dba Heritage Crematory <br> dba Davis Morris Chapel |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-3054356 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 300 North Bridge St. | |
| Number    Street | Number    Street |
| | P.O. Box |
| Brady     TX    76825 | |
| City    State   ZIP Code | City    State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| McCulloch County | |
| County | Number    Street |
| | |
| | City    State   ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.heritagefuneraltx.com |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Fulton Mercer Corporation**  Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>812210 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes. District _____ When _____ Case number _____<br>                           MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                           MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                            MM / DD / YYYY<br>       Case number, if known _____ |

Debtor __Fulton Mercer Corporation_____  Case number (*if known*)_____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
        Number     Street

_____

_____  _____  _____
City                                    State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

### ■ Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **3**

Debtor __Fulton Mercer Corporation__  Case number (*if known*)_____
         Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/01/2023__
             MM / DD / YYYY

✘ __/s/ Jason Wayne Fulton__                          __Jason Wayne Fulton__
Signature of authorized representative of debtor       Printed name

Title __President__

**18. Signature of attorney**

✘ __/s/ Amy Wilburn__                Date __08/01/2023__
Signature of attorney for debtor           MM / DD / YYYY

__Amy Wilburn__
Printed name
__Lincoln Goldfinch Law__
Firm name
__1005 E 40th St__
Number    Street
__Austin__                              __TX__    __78751__
City                                    State     ZIP Code

__512. 599.8500__                       __amy@lincolngoldfinch.com__
Contact phone                            Email address

__49583__                               __WA__
Bar number                              State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **4**

Debtor  Fulton Mercer Corporation  Case number (*if known*)
First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| **Business** | 1901 W. Wallace St.  San Saba, TX 76877, San Saba County |
| **Business** | 905 Bevans St.  Menard, TX 76859, Menard County |
| **Business** | 401 N Key Ave  Lampasas, TX 76550, Lampasas County |
| **Business** | 800 Center Ave  Brownwood, TX 76801, Brown County |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Ally
PO Box 9001948
Louisville, KY 40290-1948

American Hallmark
PO Box 901089
Fort Worth, TX 76101-2089

Amex
PO Box 7871
Fort Lauderdale, FL 33329

Aramark
22808 Network Place
Chicago, IL 60673-1228

Batesville Casket Company
PO Box 644559
Pittsburgh, PA 15264-4559

Brown County Broadcasting
PO Box 280
Brownwood, TX 76804

Brown County Tax Assessor Collector
200 S Broadway St
Brownwood, TX 76801

Central Insurance
PO Box 828
Van Wert, OH 45891

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Citizens National Bank
118 S. Houston
Cameron, TX 76520

CPA Texas Tax
PO Box 13528
Capitol Station
Austin, TX 78711-3528

Everest Business Funding
8200 NW 52nd Terrace
2nd Floor
Miami, FL 33166

Federated Insurance
PO Box 95231
Chicago, IL 60694-5231

First Business Bank
401 Charmany Dr
Madison, WI 53719

Grasshopper Bank
915 Broadway
7th Floor
New York, NY 10010

Incredible Bank
P.O.Box 777
Wausau, WI 54402

Infiniti
PO Box 740849
Cincinnatti, OH 45274-0849

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

James Mercer
801 Point Run Drive
Pflugerville, TX 78660

Jason Fulton
1172 Naruna Rd
Lampasas, TX 76550

Jason Fulton
801 Point Run Drive
Pflugerville, TX 78660

Karl Quebe
5400 Bosque Blvd
Waco, TX 76710

Lamar Companies
PO BOX 746966
Atlanta, GA 30374-6966

Lampasas Central Appraisal District
109 E 5th St
Lampasas, TX 76550

Lg Funding LLC
1218 Union St
Brooklyn, NY 11225

Pablo Mendez
505 W 3rd St
Lampasas, TX 76550

PNC Bank NA
PO Box 747066
Pittsburgh, PA 15274-7066

Ronnie Holloway
PO Box 33
Pontotoc, TX 76869

Santander Bank
75 State Street
Boston, MA 02109

Texas Comptroller of Public Accts
PO Box 13528
Austin, TX 78711

Total Office Solutions
1601 N. Lee Ave
Odessa, TX 79761

United Healthcare
PO Box 19032
Green Bay, WI 54307-9032

Wilbert
5111 SE Loop 410
San Antonio, TX 78222

William Itza Hernandez
c/o Hernandez Law Firm
16850 Dallas Parkway
Dallas, TX 75248

William Itza Hernandez
c/o Juan Law
16850 Dallas Parkway
Dallas, TX 75248

Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

United States Bankruptcy Court
Western District of Texas

In re: Fulton Mercer Corporation

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/01/2023

/s/ Jason Wayne Fulton
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor